UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMARIO ALLEN,

    Petitioner,               Case No. 1:23-cv-1144

v.                                   Honorable Ray Kent

JOHN DAVIDS,

    Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated:  November 17, 2023             /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge