UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMAREO ALLEN,

        Petitioner,               Case No. 1:23-cv-1144

v.                                       Honorable Ray Kent

JOHN DAVIDS,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  December 28, 2023           /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge