UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMAREO ALLEN,

       Petitioner,

v.

JOHN DAVIDS,

       Respondent.

Case No. 1:23-cv-1144

Honorable Ray Kent

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  December 28, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge